AO 93 (Rev. 5/85) Search Warrant

# United States District Court

__Northern__ DISTRICT OF __Ohio, Eastern Division__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

One U. S. Postal Service Express Mail parcel bearing label no. EH917951319US addressed to Tiffany Hall, 892 E. 143rd Ave, Cleveland, Ohio 44110 with a return address of Brandon Hall, 20440 N 33rd Ave, Phoenix, AZ 85027.

**SEARCH WARRANT**

CASE NUMBER: 1: 12 MJ 4077

TO: __Martin J. Cernelich, Postal Inspector__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Martin J. Cernelich__ who has reason to
                                                                Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

One U. S. Postal Service Express Mail parcel bearing label no. EH917951319US addressed to Tiffany Hall, 892 E. 143rd Ave, Cleveland, Ohio 44110 with a return address of Brandon Hall, 20440 N 33rd Ave, Phoenix, AZ 85027.

In the __Northern__ District of __Ohio, Eastern Division__ there is now concealed a certain person or property, namely (describe the person or property)

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premise above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __9 April 2012__
                                                                                                   Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __Nancy A. Vecchiarelli__ as required by law.
                                                                                                   U.S. Judge or Magistrate

__March 29, 2012__ __3:52 P.M__ at __Cleveland, Ohio__
Date and Time Issued                                                                    City and State

__Nancy A. Vecchiarelli., U. S. Magistrate Judge__
Name and Title of Judicial Officer                                       Signature of Judicial Officer

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:12 MJ 4077 | 3-29-2012 4:14 PM | |

Inventory made in the presence of:
PEGGY KRUSINSKI, GENERAL ANALYST, US POSTAL INSP. SERVICE

Inventory of the property taken and name of any person(s) seized:
USPS EXPRESS MAIL PARCEL NO EH 917 951 319 US DESCRIBED ON REVERSE AND RELATED PACKAGING MATERIALS.

DUCT TAPED BUNDLE OF SUSPECTED MARIJUANA HAVING A TOTAL APPROX. GRS. WT. OF 1 LB 1.75 OZ.

2012 APR 12 PM 3:0[?]
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-12-12

Executing officer's signature

MARTIN J CERNELICH, US POSTAL INSPECTOR
Printed name and title